IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIAM J. GREEN,            )
                             )
     Plaintiff,              )
                             )
v.                           )   CASE NO. CV413-188
                             )
VINCENT KEITT, NATHANIEL     )
KEITT, BETTY KEITT, EDITH    )
KEITT, SHIRLEY MILLS,        )
ALBERT MILLS, FRANCES        )
WHELLEMS, ESTATE OF THE      )
LATE IRENE KEITT, and        )
LESTER B. JOHNSON,           )
                             )
     Defendants.             )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 10). In addition, Plaintiff has filed a motion for Copies. (Doc. 9.) After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED** as factually frivolous and for failure to offer facts supporting federal jurisdiction. Because Plaintiff's complaint is groundless and will not be further considered by this Court, Plaintiff's Motion for

Copies is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA